**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:  
Arthur M Costley                                              Case # 21-11983-KHK

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| ARTHUR M COSTLEY<br>6406 Holyoke Dr.<br>Annandale, VA 22003 | $2,065.50 |

Dated:       August 11, 2022            __/s/Thomas P. Gorman_____  
                                        Thomas P. Gorman  
                                        300 North Washington Street, Ste. 400  
                                        Alexandria, VA 22314  
                                        (703) 836-2226  
                                        VSB#26421